IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEAL McCAIN,

    Plaintiff,                    No. CIV S-05-0853 GEB KJM PS

    vs.

JOHN ISBELL, et al.,

    Defendants.              <u>ORDER</u>

_____/

        By order filed June 15, 2005, plaintiff's complaint was dismissed with leave to amend. Plaintiff then filed an interlocutory appeal regarding the dismissal of the complaint. On September 2, 2005, plaintiff's interlocutory appeal was dismissed for lack of jurisdiction.

        Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the June 15, 2005 order.[1] Failure to file an amended complaint in accordance with this order will result in a

/////

---

[1] Although plaintiff filed documents on June 20 and 21, 2005, one of which was docketed as an "amended complaint," it is not apparent from either the titles of the documents or their contents that plaintiff intended these documents to constitute an amended complaint. In any event, these documents do not comply with the June 15, 2005 order. As noted in that order, the amended complaint must set forth the jurisdictional basis and the overt acts giving rise to a federal claim and must be complete in itself without reference to other pleadings.

1

1  recommendation that this action be dismissed.

2  DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
mccain.int.lta