IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEAL McCAIN,

            Plaintiff,                  No. CIV S-05-0853 GEB KJM PS

     vs.

JOHN ISBELL, et al.,

            Defendants.           FINDINGS AND RECOMMENDATION

_____/

        By order filed November 30, 2005, plaintiff was granted thirty days leave to file an amended complaint.  The thirty day period has now expired and plaintiff has failed to comply with the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

/////

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2  (9th Cir. 1991).

3  DATED:  May 1, 2006.

4

5  _____

6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10  006
    mccain853.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26