IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEAL McCAIN,

    Plaintiff,                                  2:05-cv-0853-GEB-KJM-PS

    vs.

JOHN ISBELL, et al.,

    Defendants.                           <u>ORDER</u>

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 2, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. On May 9, 2006, plaintiff filed a document entitled "Plaintiff Objection to the Defendants State Attorney Statement U.F.R.C.P. (137 AN 4(C) AND (I)."

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed May 2, 2006, are adopted in full; and

3    2.  This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.

4  Civ. P. 41(b).

5  Dated:  June 5, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```